UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN M BALE,

        Plaintiff,

   v.

CHARLES N SCHANDEL.

        Defendant.

CASE NO. C12-5957 RJB-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR ADVICE

    This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asks the Court to "explain what I have to do in east terms sence[sic] I'm pro se." (ECF No. 14). The Court cannot give a litigant legal advice. The Court is prohibited from doing so because the Court strives to be neutral. Where a Court gives advice how to proceed, the Court loses that neutrality. The following is an excerpt from Corpus Juris Secundum:

> In exercising judicial power, a judge may not give an advisory opinion on any subject, and it is not a judge's responsibility to give legal advice to a party to the proceeding.

1 | In exercising judicial powers and duties, a judge may not give an advisory opinion on any subject, in the absence of a statutory provision expressly so authorizing. Additionally, while a judge must be cognizant of, and give effect to, the statutes and rules of his or her jurisdiction, it is not a judge's responsibility to give legal advice to any entity or individual, such as a party to the proceeding. Accordingly, a trial judge is decidedly correct in avoiding, in the course of correspondence with a pro se plaintiff, advising the plaintiff on the correctness or worth of the plaintiff's lawsuit.

C.J.S. Judges § 146.

The Court denies plaintiff's motion asking for legal advice.

Dated this 8th day of April, 2013.

/s/J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
ADVICE - 2